IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL CHARLES OTTO,                    Case No. 3:14-cv-01028-MA

        Plaintiff,                    ORDER FOR EAJA FEES

  v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

MARSH, Judge

On June 21, 2015, plaintiff filed an Unopposed Application for Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in which the parties agree that plaintiff should be awarded fees in the amount of $5,967.89, expenses in the amount of $36.83 pursuant to 28 U.S.C. § 2412, and costs in the amount of $403.15 pursuant to 28 U.S.C. § 1920, for a total of $6,407.87. (#18.)

Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $6,407.87 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will

1 - ORDER FOR EAJA FEES

be paid to plaintiff's attorney, subject to verification that plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney, Sharon Maynard, Ms. Maynard's address: 210 S.W. Morrison Street, Suite 500, Portland, OR 97204. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this __17__ day of AUGUST, 2015.

Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES